UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SPORTSMEN'S ALLIANCE FOUNDATION,<br>801 Kingsmill Parkway<br>Columbus, OH 43229,<br><br>SAFARI CLUB INTERNATIONAL,<br>501 2nd Street NE<br>Washington, DC 20002, and<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA,<br>11250 Waples Mill Road<br>Fairfax, VA 22030,<br><br>               Plaintiffs,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT,<br>1849 C Street NW<br>Washington, DC 20240,<br><br>TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management,<br>1849 C Street NW<br>Washington, DC 20240, and<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior,<br>1849 C Street NW<br>Washington, DC 20240,<br><br>               Defendants. | 1:25-cv-00143 |

**NOTICE OF ERRATA**

Plaintiffs in the above captioned case filed their Complaint for Declaratory and Injunctive Relief on Friday, January 17, 2025. (Dkt. 1). The Caption of the Complaint did not contain the parties' addresses in accordance with Local Rule 5.1(c). Plaintiffs have filed the attached

Complaint correcting that error in accordance with the Court's January 21, 2025 Order. Plaintiffs also realized that the Complaint was dated January 17, 2024, instead of 2025, and have remedied that error as well. Plaintiffs apologize for the errors.

Dated January 21, 2025

Respectfully Submitted:

/s/ *Michael T. Jean*
Michael T. Jean (DC Bar No. 1601141)
Sportsmen's Alliance Foundation
801 Kingsmill Parkway
Columbus, OH 43229
(248) 508-9765
MJean@sportsmensalliance.org

*Counsel for Plaintiff Sportsmen's Alliance Foundation*

/s/ *Regina Lennox*
Jeremy Clare (Bar No. 1015688)
Regina Lennox (Bar No. 1671299)
Safari Club International
501 2nd Street NE
Washington, DC 20002
(202) 543-8733 Telephone
jclare@safariclub.org
rlennox@safariclub.org

*Counsel for Plaintiff Safari Club International*

/s/ *Erin M. Erhardt*
Erin M. Erhardt (DC Bar No. CO00110)
National Rifle Association of America –
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, Virginia 22030
(703) 267-1161
eerhardt@nrahq.org

*Counsel for Plaintiff National Rifle Association of America*